UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ZURICH AMERICAN LIFE INSURANCE
COMPANY,

                Plaintiff,

      v.

JON NAGEL,

                Defendant.
-------------------------------------------------------------- X

Civil Case No.: 1:20-cv-11091 (JSR)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Christine L. Hogan of Wigdor LLP hereby enters her appearance as counsel on behalf of Defendant Jon Nagel in the above-captioned matter.

Dated: March 3, 2021
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _/s/ Christine L. Hogan_
     Christine L. Hogan

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
chogan@wigdorlaw.com

*Counsel for Defendant*