**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X
ZURICH AMERICAN LIFE INSURANCE
COMPANY,

                    Plaintiff,

      v.

JON NAGEL,

                    Defendant.
------------------------------------------------------------- X

Civil Case No.: 1:20-cv-11091 (JSR)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Christine L. Hogan, Esq., dated March 24, 2021, and the exhibit annexed thereto, the Memorandum of Law in Support, and upon all prior pleadings and proceedings had in this action, Defendant Jon Nagel, through his attorneys, Wigdor LLP, shall move this Court, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, at 11:00 AM on April 28, 2021, the currently scheduled oral argument date, or as soon thereafter as counsel can be heard, for an order: (1) striking certain, identified portions of Plaintiff's Complaint pursuant to Rule 12(f) of the Federal Rules of Civil Procedure; (2) granting dismissal of all causes of action against Defendant pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and (3) granting such other, further and different relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's March 3, 2021 Order (Dkt. No. 11), opposition papers must be served and filed on or before April 14, 2021 and reply papers must be served and filed on or before April 21, 2021.

Dated: March 24, 2021
       New York, New York                       Respectfully submitted,

                                                      **WIGDOR LLP**

                                      By: _____
                                              Christine L. Hogan
                                              John S. Crain

                                        85 Fifth Avenue
                                        New York, NY 10003
                                        Telephone: (212) 257-6800
                                        Facsimile: (212) 257-6845
                                        chogan@wigdorlaw.com
                                        scrain@wigdorlaw.com

                                        *Counsel for Plaintiff*