# Exhibit 6

Case 1:20-cv-11091-JSR   Document 15-6   Filed 03/24/21   Page 2 of 3



**EXPRESS MESSENGER SERVICE**
(877) 651-6024 • (561) 432-1500 • Fax: (561) 432-1505

Driver # __751__   Ticket # __567544__   Date __11-13-20__

Pick Up at:
Firm: __Jon Nagel__
Address: __2560 S. Ocean Blvd__ City __Palm Beach__
Pick Up Time: __5:50 pm__
To See: _____  Room: _____

Deliver To:
Firm: __Fed Ex__
Address: __2381 Palm Beach Lakes__ City __WPB__
To See: _____  Room: _____

| Description of Merchandise | Waiting Time: |  |
|---|---|---|
|  | Amount of Pieces: |  |
|  | Weight: |  |
|  | Tolls or Layout: |  |
| Received in Good Condition | Amount of Pieces: |  |
| X (sign) _[signature]_ | Delivery Time: |  |
| X (print) Michael Pomrantz | | |

X _____
(RTN print)

Please visit our website
www.xpressmessenger.com
email: xpressmessenger@aol.com

Subject to conditions on reverse side.
This is your receipt, please keep it for your records. ALTERATION INVALIDATES THIS ORDER

In consideration of the rate charged, it is agreed that the value if this shipment, whether consisting of one or more packages, is not more than $10.00, and liability of EXPRESS MESSENGER SERVICE, INC. for loss or damage, including negligence is limited to $10.00, unless a greater value is declared and an increased charge based upon such greater valuation is paid. For each $10.00 value or fraction thereof, in excess of $10.00 per shipment an extra charge of $0.75 will be made. Further, to give EXPRESS MESSENGER SERVICE, INC. opportunity to protect shipments of high value items, such as cash, furs, jewelry, negotiable securities, etc., it is agreed that no shipment of such high value items will be made through EXPRESS MESSENGER SERVICE, INC.., without first declaring such items at the time call for service made. Shipper's failure to notify EXPRESS MESSENGER SERVICE, INC. shall relieve EXPRESS MESSENGER SERVICE, INC. from any liability for loss or damage of such high value items, irrespective of the cause of loss or damage including negligence. If, after due notice to EXPRESS MESSENGER SERVICE, INC. by the Shipper, such high value items are accepted for delivery, the same limitations of liability based on declared value, as hereinabove state, shall apply. EXPRESS MESSENGER SERVICE, INC. will not be liable for loss or damage caused by delay, or improperly packed or improperly labeled shipments. Claims regarding loss or damage of any kind, must be made in writing within 45 days of deliver of shipment to EXPRESS MESSENGER SERVICE, INC. Claims not made within 45 days shall be deemed waived by the Shipper. Should any claims in any amount in excess of the foregoing limits of liability be asserted against EXPRESS MESSENGER SERVICE, INC., by a third party for loss or damage to merchandise handled hereunder, the Shipper agrees to hold EXPRESS MESSENGER SERVICE, INC. harmless against any such claim irrespective of the cause of such loss or damage including negligence. Messenger is not authorized to accept special instructions. No liability is assumed for delay in delivery or for consequential damages of any kind such as loss of income, loss of interest, or loss of business opportunity.

All accounts in arrears will be charged interest at the highest rate allowed by the law per month. In the event this account is placed for collection, the customer agrees to pay all costs of collection including reasonable attorney fees.