# Exhibit 7

# GEMS Timekeeping

**Employee Timesheet**
Zurich North America


ZURICH

| Employee Name | GEMS ID Number | Week Ending |
|---|---|---|
| Jon Nagel | 70015320 | 11/24/2019 |

| Day | Date | Begin Work | AM Break Begin | AM Break End | Lunch Begin | Lunch End | PM Break Begin | PM Break End | End Work | Regular /Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 11/18 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8:00 | 5.75 | | ✓ | | | | | 13:45 |
| Tues | 11/19 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8:00 | 5.75 | | | | | | | 13:45 |
| Wed | 11/20 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8:00 | 5.75 | | | | | | | 13:45 |
| Thurs | 11/21 | 7:00 | | | 1:15 | 1:30 | | | 9:00 | 8:00 | 5.75 | | | | | | | 13:45 |
| Friday | 11/22 | 7:00 | | | 1:00 | 1:15 | | | 9:00 | 8:00 | 5.75 | | | | | | | 13:45 |
| Sat | 11/23 | | | | | | | | | | | | | | | | | |
| Sun | 11/24 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 68:75 | | | | | | | | 68:75 |

Allocate 28.75 hours to ZLS (formerly CMB).    12/17/19

(Note: P/R requests that 8.00 of OT be posted as 8.01.)

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

Employee's Signature: J. Nagel    Date: 11/25/2019

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

Manager's Signature    Date: 12/19/19

Surrogate (Designated Alternate)    Date

Confidential \ Personal Data

# GEMS Timekeeping

**Employee Timesheet**
Zurich North America


ZURICH®

## 1

| Employee Name | GEMS ID Number | Week Ending |
|---|---|---|
| Jon Nagel | 70015320 | 12/01/2019 |

## 2

| Day | Date | Begin Work | AM Break Begin | AM Break End | Lunch Begin | Lunch End | PM Break Begin | PM Break End | End Work | Regular/Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 11/25 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Tues | 11/26 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Wed | 11/27 | 7:00 | | | 2:00 | 2:15 | | | 11:00 | 8.00 | 7.75 | | | | | | | 15:45 |
| Thurs | 11/28 | | | | | | | | | | 8.00 | | | | | | | | 8:00 |
| Friday | 11/29 | | | | | | | | | | 8.00 | | | | | | | | 8:00 |
| Sat | 11/30 | | | | | | | | | | | | | | | | | | |
| Sun | 12/01 | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 40.00 | 19.25 | | | | | | | 59.25 |

Allocate 19.25 hours to ZLS (formerly CMB). *[signature]* 12/17/19

(Note: P/R requests that 8.00 of OT be posted as 8.01.)

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

Employee's Signature: *J. Nagel*    Date: 12/02/2019

Manager's Signature: *[signature]*    Date: 12/19/19

Surrogate (Designated Alternate):    Date:

Confidential \ Personal Data

Case 1:20-cv-11091-JSR   Document 15-7   Filed 03/24/21   Page 4 of 15

# GEMS Timekeeping

**Employee Timesheet**
Zurich North America



ZURICH®

| | Employee Name | | | | | | | | GEMS ID Number | | | Week Ending | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jon Nagel | | | | | | | | 70015320 | | | 12/08/2019 | | | |

| | | | Time | | | | | | | Hours | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AM Break | | Lunch | | PM Break | | | | | | | | | | | |
| Day | Date | Begin Work | Begin | End | Begin | End | Begin | End | End Work | Regular /Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
| Mon | 12/02 | 7:00 | | | 1:30 | 1:45 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Tues | 12/03 | 7:00 | | | 12:45 | 2:00 | | | 10:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Wed | 12/04 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Thurs | 12/05 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Friday | 12/06 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Sat | 12/07 | | | | | | | | | | | | | | | | | |
| Sun | 12/08 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 40.00 | 28.75 | | | | | | | 68.75 |

Allocate 28.75 hours to ZLS (formerly CMB). *[signature]* 12/7/19

(Note: P/R requests that 8.00 of OT be posted as 8.01.)

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

Employee's Signature: *J. Nagel*   Date: 12/09/2019

Manager's Signature: *[signature]*   Date: 12/19/19

Surrogate (Designated Alternate):   Date:

Confidential \ Personal Data

# GEMS Timekeeping

**Employee Timesheet**
Zurich North America



| | Employee Name | | | | | | | | GEMS ID Number | | | | Week Ending | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jon Nagel | | | | | | | | 70015320 | | | | 12/15/2019 | | | |

| | | | Time | | | | | | | Hours | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AM Break | | Lunch | | PM Break | | | | | | | | | | | |
| Day | Date | Begin Work | Begin | End | Begin | End | Begin | End | End Work | Regular /Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
| Mon | 12/09 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Tues | 12/10 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Wed | 12/11 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Thurs | 12/12 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Friday | 12/13 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Sat | 12/14 | | | | | | | | | | | | | | | | | |
| Sun | 12/15 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 40.00 | 28.75 | | | | | | | 68.75 |

Allocate 28.75 hours to ZLS (formerly CMB). 12/17/19

(Note: P/R requests that 8.00 of OT be posted as 8.01.)

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

Employee's Signature: *Jon Nagel*    Date: 12/16/2019

Manager's Signature: *[signature]*    Date: 12/19/19

Surrogate (Designated Alternate)    Date:

Confidential \ Personal Data

# GEMS Timekeeping

**Employee Timesheet**
Zurich North America


ZURICH

| | Employee Name | | | | | | | | GEMS ID Number | | | | | Week Ending | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jon Nagel | | | | | | | | 70015320 | | | | | 12/29/2019 | | | |

| | | | Time | | | | | | | Hours | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Date | Begin Work | AM Break | | Lunch | | PM Break | | End Work | Regular /Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
| | | | Begin | End | Begin | End | Begin | End | | | | | | | | | | |
| Mon | 12/23 | 7:00 | | | 1:30 | 1:45 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Tues | 12/24 | 7:00 | | | 1:45 | 2:00 | | | HD | 8.00 | 9.75 | | | | | | | 17.45 |
| Wed | 12/25 | | | | | | | | | 8.00 | | | | | | | | 8:00 |
| Thurs | 12/26 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Friday | 12/27 | 7:00 | | | 1:30 | 1:45 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Sat | 12/28 | | | | | | | | | | | | | | | | | |
| Sun | 12/29 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 40.00 | 27.00 | | | | | | | 67:00 |

Allocate 27.00 hours to ZLS (formerly CMB).     *[signature]* 1/7/2020

(Note:  P/R requests that 8.00 of OT be posted as 8.01.)

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

Employee's Signature: *[signature: J. Nagel]*     Date: 12/30/2019

Manager's Signature: *[signature]*     Date: 1/7/2020

Surrogate (Designated Alternate):     Date:

Confidential \ Personal Data

# GEMS Timekeeping

**Employee Timesheet**
Zurich North America


ZURICH®

| | Employee Name | GEMS ID Number | Week Ending |
|---|---|---|---|
| 1 | Jon Nagel | 70015320 | 1/05/2020 |

| | | | Time | | | | | | | Hours | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AM Break | | Lunch | | PM Break | | | | | | | | | | |
| Day | Date | Begin Work | Begin | End | Begin | End | Begin | End | End Work | Regular /Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
| Mon | 12/30 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Tues | 12/31 | 7:00 | | | 1:30 | 1:45 | | | EHC | 8.00 | 7.75 | | | | | | | 15.45 |
| Wed | 01/01 | | | | | | | | | 8.00 | | | | | | | | 8:00 |
| Thurs | 01/02 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Friday | 01/03 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Sat | 01/04 | | | | | | | | | | | | | | | | | |
| Sun | 01/05 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 40.00 | 27.00 | | | | | | | 65:00 |

Allocate 25.00 hours to ZLS (formerly CMB). *[signature]* 1/7/2020

(Note: P/R requests that 8.00 of OT be posted as 8.01.)

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

Employee's Signature: *J. Nagel*     Date: 1/06/2020

Manager's Signature: *[signature]*     Date: 1/7/2020

Surrogate (Designated Alternate):     Date:

# GEMS Timekeeping

**Employee Timesheet**
Zurich North America


ZURICH

| | Employee Name | | | | | | | | GEMS ID Number | | | | Week Ending | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jon Nagel | | | | | | | | 70015320 | | | | 1/12/2020 | | | |

| | | | Time | | | | | | | Hours | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Date | Begin Work | AM Break Begin | AM Break End | Lunch Begin | Lunch End | PM Break Begin | PM Break End | End Work | Regular /Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
| Mon | 01/06 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Tues | 01/07 | 7:00 | | | 1:30 | 1:45 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Wed | 01/08 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Thurs | 01/09 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Friday | 01/10 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Sat | 01/11 | | | | | | | | | | | | | | | | | |
| Sun | 01/12 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 40.00 | 28.75 | | | | | | | 68.75 |

Allocate 28.75 hours to ZLS (formerly CMB). *[signature]* 1/21/20

(Note: P/R requests that 8.00 of OT be posted as 8.01.)

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

| Employee's Signature *J. Nagel* | Date 1/13/2020 | Manager's Signature *[signature]* | Date 1/21/2020 |
|---|---|---|---|
| | | Surrogate (Designated Alternate) | Date |

Confidential \ Personal Data

Case 1:20-cv-11091-JSR   Document 15-7   Filed 03/24/21   Page 9 of 15

# GEMS Timekeeping

**Employee Timesheet**
Zurich North America



ZURICH®

| | Employee Name | GEMS ID Number | Week Ending |
|---|---|---|---|
| 1 | Jon Nagel | 70015320 | 1/19/2020 |

## Time / Hours

| Day | Date | Begin Work | AM Break Begin | AM Break End | Lunch Begin | Lunch End | PM Break Begin | PM Break End | End Work | Regular /Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 01/13 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Tues | 01/14 | 7:00 | | | 1:30 | 1:45 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Wed | 01/15 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Thurs | 01/16 | 7:00 | | | 1:30 | 1:45 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Friday | 01/17 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Sat | 01/18 | | | | | | | | | | | | | | | | | |
| Sun | 01/19 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 40.00 | 28.75 | | | | | | | 68.75 |

(Note: P/R requests that 8.00 of OT be posted as 8.01.)

Allocate 28.75 hours to ZLS (formerly CMB).   *[signature]* 1/21/20

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

| Employee's Signature | Date |
|---|---|
| *J. Nagel* | 1/20/2020 |

| Manager's Signature | Date |
|---|---|
| *[signature]* | 1/21/2020 |
| Surrogate (Designated Alternate) | Date |

Confidential \ Personal Data

# GEMS Timekeeping

**Employee Timesheet**
Zurich North America


**ZURICH**

| | Employee Name | GEMS ID Number | Week Ending |
|---|---|---|---|
| 1 | Jon Nagel | 70015320 | 1/26/2020 |

## Time / Hours

| Day | Date | Begin Work | AM Break Begin | AM Break End | Lunch Begin | Lunch End | PM Break Begin | PM Break End | End Work | Regular /Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 01/20 | 7:00 | | | 1:30 | 1:45 | | | 9:00 | 8:00 | 5.75 | | | | | | | 13:45 |
| Tues | 01/21 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Wed | 01/22 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Thurs | 01/23 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Friday | 01/24 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Sat | 01/25 | | | | | | | | | | | | | | | | | |
| Sun | 01/26 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 40.00 | 28.75 | | | | | | | 68.75 |

Allocate 28.75 hours to ZLS (formerly CMB). *[signature]* 2/4/20

(Note: P/R requests that 8.00 of OT be posted as 8.01.)

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

Employee's Signature: *J. Nagel*    Date: 1/27/2020

Manager's Signature: *[signature]*    Date: 2/4/2020

Surrogate (Designated Alternate):    Date:

Confidential \ Personal Data

## GEMS Timekeeping

**Employee Timesheet**
Zurich North America


ZURICH

| | Employee Name | GEMS ID Number | Week Ending |
|---|---|---|---|
| 1 | Jon Nagel | 70015320 | 2/02/2020 |

### Time / Hours

| Day | Date | Begin Work | AM Break Begin | AM Break End | Lunch Begin | Lunch End | PM Break Begin | PM Break End | End Work | Regular/Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 01/27 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8:00 | 5.75 | | | | | | | 13:45 |
| Tues | 01/28 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Wed | 01/29 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Thurs | 01/30 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Friday | 01/31 | 7:00 | | | 1:30 | 1:45 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Sat | 02/01 | | | | | | | | | | | | | | | | | |
| Sun | 02/02 | | | | | | | | | 40.00 | 28.75 | | | | | | | 68.75 |

Allocate 28.75 hours to ZLS (formerly CMB).  *[signature]* 2/4/20

(Note: P/R requests that 8.00 of OT be posted as 8.01.)

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

Employee's Signature: *J. Nagel*  Date: 2/03/2020

Manager's Signature: *[signature]*  Date: 2/4/2020

Surrogate (Designated Alternate):  Date:

# GEMS Timekeeping



## Employee Timesheet
Zurich North America

| | Employee Name | | | | | | | | GEMS ID Number | | | | | Week Ending | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jon Nagel | | | | | | | | 70015320 | | | | | 2/09/2020 | | | |

| | | | | Time | | | | | | | | Hours | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Begin Work | AM Break | | Lunch | | PM Break | | End Work | Regular /Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
| | Day | Date | | Begin | End | Begin | End | Begin | End | | | | | | | | | | |
| 2 | Mon | 02/03 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8:00 | 5.75 | | | | | | | 13:45 |
| | Tues | 02/04 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| | Wed | 02/05 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| | Thurs | 02/06 | 7:00 | | | 1:30 | 1:45 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| | Friday | 02/07 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| | Sat | 02/08 | | | | | | | | | | | | | | | | | |
| | Sun | 02/09 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | 40.00 | 28.75 | | | | | | | 68.75 |

Allocate 28.75 hours to ZLS (formerly CMB).    *[signature]* 2/20/2020

(Note: P/R requests that 8.00 of OT be posted as 8.01.)

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

| Employee's Signature *[signature: J. Nagel]* | Date 2/10/2020 | Manager's Signature *[signature]* | Date 2/24/2020 |
|---|---|---|---|
| | | Surrogate (Designated Alternate) | Date |

Confidential \ Personal Data

# GEMS Timekeeping

**Employee Timesheet**
Zurich North America



## 1

| Employee Name | GEMS ID Number | Week Ending |
|---|---|---|
| Jon Nagel | 70015320 | 2/16/2020 |

## 2

| Day | Date | Begin Work | AM Break Begin | AM Break End | Lunch Begin | Lunch End | PM Break Begin | PM Break End | End Work | Regular /Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 02/10 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8:00 | 5.75 | | | | | | | 13:45 |
| Tues | 02/11 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Wed | 02/12 | 7:00 | | | 1:30 | 1:45 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Thurs | 02/13 | 7:00 | | | 1:30 | 1:45 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Friday | 02/14 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Sat | 02/15 | | | | | | | | | | | | | | | | | |
| Sun | 02/16 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 40.00 | 28.75 | | | | | | | 68.75 |

Allocate 28.75 hours to ZLS (formerly CMB). *[signature] 02/20/2020*

(Note: P/R requests that 8.00 of OT be posted as 8.01.)

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

| Employee's Signature *J. Nagel* | Date 2/17/2020 | Manager's Signature *[signature]* | Date 2/24/2020 |
|---|---|---|---|
| | | Surrogate (Designated Alternate) | Date |

Confidential \ Personal Data

# GEMS Timekeeping

**Employee Timesheet**
Zurich North America



| | Employee Name | | | | | | | | GEMS ID Number | | | Week Ending | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jon Nagel | | | | | | | | 70015320 | | | 2/23/2020 | | | |

| | Time | | | | | | | | Hours | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Date | Begin Work | AM Break | | Lunch | | PM Break | | End Work | Regular /Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
| | | | Begin | End | Begin | End | Begin | End | | | | | | | | | | |
| Mon | 02/17 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8:00 | 5.75 | | | | | | | 13:45 |
| Tues | 02/18 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Wed | 02/19 | 7:00 | | | 1:30 | 1:45 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Thurs | 02/20 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| Friday | 02/21 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| Sat | 02/22 | | | | | | | | | | | | | | | | | |
| Sun | 02/23 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 40.00 | 28.75 | | | | | | | 68.75 |

Allocate 28.75 hours to ZLS (formerly CMB). *[signature]* 3/3/20

(Note: P/R requests that 8.00 of OT be posted as 8.01.)

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

| Employee's Signature  *J. Nagel* | Date  2/24/2020 |
|---|---|

| Manager's Signature  *[signature]* | Date  3/3/2020 |
|---|---|
| Surrogate (Designated Alternate) | Date |

Confidential \ Personal Data

# GEMS Timekeeping

**Employee Timesheet**
Zurich North America



| | Employee Name | | | | | | | | GEMS ID Number | | | | Week Ending | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jon Nagel | | | | | | | | 70015320 | | | | 3/01/2020 | | |

| | | | Time | | | | | | | Hours | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Begin Work | AM Break | | Lunch | | PM Break | | End Work | Regular /Holiday | Additional | PTO | Work On Holiday | Jury Duty | Bereavement | Unpaid Holiday | Unpaid Time Off | Total Hours |
| | Day | Date | | Begin | End | Begin | End | Begin | End | | | | | | | | | | |
| 2 | Mon | 02/24 | 7:00 | | | 1:30 | 1:45 | | | 9:00 | 8:00 | 5.75 | | | | | | | 13:45 |
| | Tues | 02/25 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| | Wed | 02/26 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| | Thurs | 02/27 | 7:00 | | | 2:00 | 2:15 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13.45 |
| | Friday | 02/28 | 7:00 | | | 1:45 | 2:00 | | | 9:00 | 8.00 | 5.75 | | | | | | | 13:45 |
| | Sat | 02/29 | | | | | | | | | | | | | | | | | |
| | Sun | 03/01 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | 40.00 | 28.75 | | | | | | | 68.75 |

Allocate 28.75 hours to ZLS (formerly CMB).   [signature] 3/3/20

(Note: P/R requests that 8.00 of OT be posted as 8.01.)

I represent by signing below that I have correctly recorded my time worked for the dates shown. I acknowledge that accurate time recording is an important responsibility of my job, and that falsifying timesheets is a serious violation of company policy that may result in immediate discharge. I understand that if I have any questions about how to complete my timesheet or submit my overtime hours in GEMS, I should consult my manager, who will either assist me or refer me to someone else for assistance.

I acknowledge by signing below that I must only approve exception time entered by an employee in GEMS if it exactly matches the hours recorded on the employee's timesheet. If discrepancies exist, I understand that it is my responsibility to resolve them before approving the time submitted.

| Employee's Signature [signature] | Date 3/02/2020 |
|---|---|

| Manager's Signature [signature] | Date 3/2/2020 |
|---|---|
| Surrogate (Designated Alternate) | Date |

Confidential \ Personal Data