UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ZURICH AMERICAN LIFE INSURANCE CO.,  :
                                     :
    Plaintiff,                       :
                                     :    20-cv-11091 (JSR)
    -v-                              :
                                     :    ORDER
JON NAGEL,                           :
                                     :
    Defendant.                       :
                                     :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

    Now before the Court is defendant Jon Nagel's motion to strike and to dismiss, ECF No. 14. Upon due consideration, the Court grants the motion in part and denies it in part. The Defend Trade Secrets Act and unjust enrichment claims are dismissed. In all other respects, Nagel's motion is denied. The Court will issue an opinion setting forth the reasons for this ruling by no later than May 11, 2021. Zurich may file an amended complaint by no later than May 21, 2021.[1]

    SO ORDERED.

Dated:    New York, NY
            May 7, 2021

                                            JED S. RAKOFF, U.S.D.J.

---

[1] Although the Court has dismissed the sole federal cause of action, based on the allegations of the Complaint the Court has diversity jurisdiction over the remaining claims.