**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

ZURICH AMERICAN LIFE INSURANCE COMPANY
and ZNA SERVICES, LLC,

            Plaintiffs/Counter-Defendants,

            v.

JON NAGEL,

            Defendant/Counterclaimant.

Civil Case No.: 1:20-cv-11091 (JSR)

--------------------------------------------------------------- X

JON NAGEL,

            Counterclaimant,

            v.

CENTRE GROUP HOLDINGS (U.S.) LIMITED,
CENTRE INSURANCE COMPANY, CENTRE LIFE
INSURANCE COMPANY, ZCM (U.S.) LIMITED,
ZCM MATCHED FUNDING CORP., ZURICH
AMERICAN COMPANY LLC f/k/a ZURICH
AMERICAN CORPORATION, ZURICH CAPITAL
MARKETS, INC., ZURICH CAPITAL MARKETS
SECURITIES INC., ZURICH STRUCTURED
FINANCE, INC., ZURICH AMERICAN LIFE
INSURANCE COMPANY, ZURICH AMERICAN
LIFE INSURANCE COMPANY OF NEW YORK,
ZURICH HOLDING COMPANY OF AMERICA,
INC., ZURICH INSURANCE COMPANY LTD,
ZURICH INSURANCE GROUP LTD, ZURICH
AMERICAN INSURANCE COMPANY, ZURICH
FINANCE COMPANY LTD, ZNA SERVICES, LLC,
PATRICK J. CARTY and CHERYL PAPPAS,

            Counter-Defendants.

------------------------------------------------------------------X

### ORDER GRANTING DEFENDANT/COUNTERCLAIMANT'S REQUEST TO FILE UNDER SEAL

Defendant/Counterclaimant Jon Nagel received permission of the Court on October 15, 2021, to file under seal Zurich company documents marked confidential, pursuant to Confidentiality Order, Dkt. No. 65.

The filing of sealed documents is hereby granted.

A redacted version of these sealed documents will be filed electronically.

ORDERED that the request be, and hereby is, GRANTED.

Dated: 10/18/21

By: _____
The Honorable Jed S. Rakoff
United States District Court
Southern District of New York

Copies to:
Distribution to all registered counsel by CM/ECF.