UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH AMERICAN LIFE INSURANCE COMPANY
and ZNA SERVICES, LLC,

        Plaintiffs/Counter-Defendants,

v.

JON NAGEL,

        Defendant/Counterclaimant.

------------------------------------------------------------------

JON NAGEL,

        Counterclaimant,

v.

CENTRE GROUP HOLDINGS (U.S) LIMITED, CENTRE INSURANCE COMPANY, CENTRE LIFE INSURANCE COMPANY, ZCM (U.S) LIMITED, ZCM MATCHED FUNDING CORP., ZURICH AMERICAN COMPANY LLC f/k/a ZURICH AMERICAN CORPORATION, ZURICH CAPITAL MARKETS, INC., ZURICH CAPITAL MARKETS SECURITIES, INC., ZURICH STRUCTURED FINANCE, INC., ZURICH AMERICAN LIFE INSURANCE COMPANY, ZURICH AMERICAN LIFE INSURANCE COMPANY OF NEW YORK, ZURICH HOLDING COMPANY OF AMERICA, INC., ZURICH INSURANCE COMPANY LTD, ZURICH INSURANCE GROUP LTD, ZURICH AMERICAN INSURANCE COMPANY, ZURICH FINANCE COMPANY LTD, ZNA SERVICES, LLC, PATRICK J. CARTY and CHERYL PAPPAS,

        Counter-Defendants.

Civil Case No.
1:20-cv-11091-JSR

**ORDER GRANTING COUNTER-DEFENDANTS ZURICH INSURANCE GROUP LTD, ZURICH INSURANCE COMPANY LTD, AND ZURICH FINANCE COMPANY LTD'S REQUEST TO FILE UNDER SEAL**

Counter-Defendants Zurich Insurance Group Ltd, Zurich Insurance Company Ltd, and Zurich Finance Company Ltd received permission of the Court on October 22, 2021, to file under seal their Reply Memorandum of Law in Further Support of their Motion to Dismiss Defendant/Counterclaimant Jon Nagel's original and Amended Statement of Counterclaims, pursuant to the Confidentiality Order, Dkt. No. 65.

The filing of the sealed document is hereby granted.

A redacted version of the sealed document will be filed electronically.

ORDERED that the request be, and hereby is, GRANTED.

Dated: __10/22/21__         By: _____
                                The Honorable Jed S. Rakoff
                                United States District Court
                                Southern District of New York

Copies to:
Distribution to all registered counsel by CM/ECF.