**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X
)
)
)
ZURICH AMERICAN LIFE INSURANCE )
COMPANY and ZNA SERVICES, LLC, )   Case No. 1:20-cv-11091-JSR
)
Plaintiffs/Counter-Defendants, )
)
)
v. )
)
JON NAGEL, )
)
Defendant/Counter-Plaintiff, )
)
)
v. )
)
CENTRE GROUP HOLDINGS (U.S.) )
LIMITED, CENTRE INSURANCE )
COMPANY, CENTRE LIFE INSURANCE )
COMPANY, ZCM (U.S.) LIMITED, ZCM )
MATCHED FUNDING CORP., ZURICH )
AMERICAN COMPANY LLC f/k/a ZURICH )
AMERICAN CORPORATION, ZURICH )
CAPITAL MARKETS, INC., ZURICH )
CAPITAL MARKETS SECURITIES INC., )
ZURICH STRUCTURED FINANCE, INC., )
ZURICH AMERICAN LIFE INSURANCE )
COMPANY OF NEW YORK, ZURICH )
HOLDING COMPANY OF AMERICA, INC., )
ZURICH INSURANCE COMPANY LTD, )
ZURICH INSURANCE GROUP LTD, )
ZURICH AMERICAN INSURANCE )
COMPANY, ZURICH FINANCE )
COMPANY LTD, PATRICK J. CARTY and )
CHERYL PAPPAS, )
)
Counter-Defendants. )
)
-------------------------------------------------------- )

### ORDER GRANTING PLAINTIFFS'/COUNTER-DEFENDANTS' REQUEST TO FILE UNDER SEAL

Plaintiffs ZURICH AMERICAN LIFE INSURANCE COMPANY and ZNA SERVICES, LLC, Counter-Defendants CENTRE GROUP HOLDINGS (U.S.) LIMITED, CENTRE INSURANCE COMPANY, CENTRE LIFE INSURANCE COMPANY, ZCM (U.S.) LIMITED, ZCM MATCHED FUNDING CORP., ZURICH AMERICAN COMPANY LLC f/k/a ZURICH AMERICAN CORPORATION, ZURICH CAPITAL MARKETS, INC., ZURICH CAPITAL MARKETS SECURITIES INC., ZURICH STRUCTURED FINANCE, INC., ZURICH AMERICAN LIFE INSURANCE COMPANY, ZURICH AMERICAN LIFE INSURANCE COMPANY OF NEW YORK, ZURICH HOLDING COMPANY OF AMERICA, INC., ZURICH AMERICAN INSURANCE COMPANY, ZNA SERVICES, LLC, PATRICK J. CARTY and CHERYL PAPPAS, received permission of the Court on December 9, 2021, to file under seal exhibits to their Local Rule 56.1 Statement of Undisputed Material Facts in support of their Motion for Summary Judgment, pursuant to the Confidentiality Order (ECF 65).

The filing of the sealed documents is hereby granted.

A redacted (slip-sheet) version of the sealed documents will be filed electronically.

ORDERED that the request be, and hereby is, GRANTED.

Dated: 12/13/21

By: _____
The Honorable Jed S. Rakoff
United States District Court
Southern District of New York

Copies to:
Distribution to all registered counsel by CM/ECF.