Case 1:20-cv-11091-JSR   Document 108   Filed 01/18/22   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

ZURICH AMERICAN LIFE INSURANCE COMPANY :
and ZNA SERVICES, LLC,

:   Civil Case No.: 1:20-cv-11091 (JSR)

                Plaintiffs/Counter-Defendants,   :

                           :

                v.   :

JON NAGEL,   :

                Defendant/Counterclaimant.   :

-------------------------------------------------------------- X

JON NAGEL,

                           :

                Counterclaimant,   :

                           :

                v.   :

CENTRE GROUP HOLDINGS (U.S.) LIMITED,   :
CENTRE INSURANCE COMPANY, CENTRE LIFE   :
INSURANCE COMPANY, ZCM (U.S.) LIMITED,   :
ZCM MATCHED FUNDING CORP., ZURICH   :
AMERICAN COMPANY LLC f/k/a ZURICH   :
AMERICAN CORPORATION, ZURICH CAPITAL   :
MARKETS, INC., ZURICH CAPITAL MARKETS   :
SECURITIES INC., ZURICH STRUCTURED   :
FINANCE, INC., ZURICH AMERICAN LIFE   :
INSURANCE COMPANY, ZURICH AMERICAN   :
LIFE INSURANCE COMPANY OF NEW YORK,   :
ZURICH HOLDING COMPANY OF AMERICA,   :
INC., ZURICH AMERICAN INSURANCE   :
COMPANY, ZNA SERVICES, LLC,  PATRICK J.   :
CARTY and CHERYL PAPPAS,   :

                           :

                Counter-Defendants.   :

-------------------------------------------------------------X

Case 1:20-cv-11091-JSR   Document 108   Filed 01/18/22   Page 2 of 2

## ORDER GRANTING DEFENDANT/COUNTERCLAIMANT'S REQUEST TO FILE <u>UNDER SEAL</u>

Defendant/Counterclaimant Jon Nagel received permission of the Court on December 9, 2021, to file under seal Zurich company documents marked confidential, pursuant to Confidentiality Order, Dkt. No. 65.

The filing of sealed documents is hereby granted.

A redacted version of these sealed documents will be filed electronically.

ORDERED that the request be, and hereby is, GRANTED.

Dated: ___1/22/22___                                        By: _____
                                                                              The Honorable Jed S. Rakoff
                                                                              United States District Court
                                                                              Southern District of New York

Copies to:
Distribution to all registered counsel by CM/ECF.