UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
ZURICH AMERICAN LIFE INSURANCE CO.   :
and ZNA SERVICES LLC,                :
                                     :
        Plaintiffs/Counter-Defendants, :        20-cv-11091 (JSR)
                                     :
            -v-                      :              ORDER
                                     :
JON NAGEL,                           :
                                     :
        Defendant/Counterclaimant.   :
------------------------------------ x
JON NAGEL,                           :
                                     :
        Counterclaimant,             :
                                     :
            -v-                      :
                                     :
CENTRE GROUP HOLDINGS (U.S.)         :
LIMITED, et al.,                     :
                                     :
        Counter-Defendants.          :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

    Now before the Court are the parties' cross motions for
summary judgment on plaintiffs' breach of contract, breach of
fiduciary duty, and fraud claims against defendant Jon Nagel, as
well as on Nagel's counterclaims for defamation, tortious
interference with contract, and age discrimination and retaliation
under the ADEA, NYSHRL, and NYCHRL. ECF Nos. 93 and 98.

    Upon due consideration, the Court denies both parties'
motions for summary judgment on plaintiffs' claims for breach of
contract, breach of fiduciary duty, and fraud; the Court grants

summary judgment in favor of counter-defendants on Nagel's counterclaims for defamation, tortious interference, age discrimination, and retaliation.

The Court will issue an opinion setting forth the reasons for this ruling by no later than March 14, 2022.

SO ORDERED.

Dated:   New York, NY

February 28, 2022

JED S. RAKOFF, U.S.D.J.